IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00708-LTB

WILLIAM LEE LORNES THE III, also known as
WILLIAM LEE LORNES, also known as
WILLIAM,

     Plaintiff, named as Applicant,

v.

WILLSON, and
THE ATTORNEY GENERAL OF THE STATE OF HICKENLUPER [sic], COLORADO,

     Defendants, named as Respondents.

---

## JUDGMENT

---

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T.

Babcock, Senior District Judge, on April 24, 2013, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 24 day of April, 2013.

FOR THE COURT,

JEFFREY P. COLWELL, Clerk


By: s/ S. Grimm
    Deputy Clerk